1  Christopher Kao, SB # 237716
   CKao@perkinscoie.com
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA 94025
   Telephone:  650.838.4406
4  Facsimile:  650.838.4350

5  Attorneys for Defendant
   S. C. Johnson & Son, Inc.

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12  SAN FRANCISCO TECHNOLOGY INC.,          Case No. C09 06083 RS

13                  Plaintiff,              ANSWER OF S. C. JOHNSON & SON, INC.
                                            TO COMPLAINT
14        v.
                                            DEMAND FOR A JURY TRIAL
15  ADOBE SYSTEMS INCORPORATED,
    THE BRITA PRODUCTS COMPANY,
16  DELTA FAUCET COMPANY, EVANS
    MANUFACTURING INC., THE
17  EVERCARE COMPANY, GRAPHIC
    PACKAGING INTERNATIONAL INC.,
18  MAGNUM RESEARCH INC.,
    PAVESTONE COMPANY LP, THE
19  PROCTOR & GAMBLE COMPANY, S.
    C. JOHNSON & SON INC., SPECTRUM
20  BRANDS INC., SUPER SWIM CORP.,
    UNILOCK INC., WEST COAST CHAIN
21  MFG. CO.,

22                  Defendants.

23

24        Defendant, S. C. Johnson & Son, Inc. ("S. C. Johnson"), by its attorneys, for its Answer to

25  the Complaint of the plaintiff, San Francisco Technology Inc., states:

26

27

28

**ANSWER**

NATURE OF ACTION

1.     S. C. Johnson admits that the Complaint alleges a *qui tam* action for false marking under 35 U.S.C. § 292.  S. C. Johnson denies each and every remaining allegation made against it in Paragraph 1.  Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need not responsively plead to allegations directed solely at the other defendants in this case.  To the extent a response may be required, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

PARTIES

2.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2, and on that basis denies them.

3.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need not responsively plead to allegations directed solely at the other defendants in this case.  To the extent a response may be required, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

4.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need not responsively plead to allegations directed solely at the other defendants in this case.  To the extent a response may be required, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

5.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need not responsively plead to allegations directed solely at the other defendants in this case.  To the extent a response may be required, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

6.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need not responsively plead to allegations directed solely at the other defendants in this case.  To the extent a response may be required, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

ANSWER OF S. C. JOHNSON & SON, INC.
TO COMPLAINT C09 06083 RS

1        7.      Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

2  not responsively plead to allegations directed solely at the other defendants in this case.  To the

3  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

4  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

5        8.      Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

6  not responsively plead to allegations directed solely at the other defendants in this case.  To the

7  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

8  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

9        9.      Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

10  not responsively plead to allegations directed solely at the other defendants in this case.  To the

11  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

12  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

13        10.      Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

14  not responsively plead to allegations directed solely at the other defendants in this case.  To the

15  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

16  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

17        11.      Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

18  not responsively plead to allegations directed solely at the other defendants in this case.  To the

19  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

20  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

21        12.      S. C. Johnson admits the allegations of Paragraph 12.

22        13.      Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

23  not responsively plead to allegations directed solely at the other defendants in this case.  To the

24  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

25  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

26        14.      Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

27  not responsively plead to allegations directed solely at the other defendants in this case.  To the

28

ANSWER OF S. C. JOHNSON & SON, INC.
TO COMPLAINT C09 06083 RS

1  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

2  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

3      15.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

4  not responsively plead to allegations directed solely at the other defendants in this case.  To the

5  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

6  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

7      16.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

8  not responsively plead to allegations directed solely at the other defendants in this case.  To the

9  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

10  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

11  JURISDICTION & VENUE

12      17.    S. C. Johnson admits the allegations of Paragraph 17.

13      18.    S. C. Johnson admits the allegations of Paragraph 18.

14      19.    S. C. Johnson admits that this court has personal jurisdiction over S. C. Johnson.

15  S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the

16  allegations as to any other defendant and therefore denies same.  S. C. Johnson denies all other

17  allegations of Paragraph 19.

18      20.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

19  not responsively plead to allegations directed solely at the other defendants in this case.  To the

20  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

21  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

22      21.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

23  not responsively plead to allegations directed solely at the other defendants in this case.  To the

24  extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

25  form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

26      22.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

27  not responsively plead to allegations directed solely at the other defendants in this case.  To the

28

ANSWER OF S. C. JOHNSON & SON, INC.
TO COMPLAINT C09 06083 RS

1    extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

2    form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

3          23.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

4    not responsively plead to allegations directed solely at the other defendants in this case.  To the

5    extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

6    form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

7          24.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

8    not responsively plead to allegations directed solely at the other defendants in this case.  To the

9    extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

10   form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

11         25.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

12   not responsively plead to allegations directed solely at the other defendants in this case.  To the

13   extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

14   form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

15         26.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

16   not responsively plead to allegations directed solely at the other defendants in this case.  To the

17   extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

18   form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

19         27.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

20   not responsively plead to allegations directed solely at the other defendants in this case.  To the

21   extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

22   form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

23         28.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

24   not responsively plead to allegations directed solely at the other defendants in this case.  To the

25   extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

26   form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

27

28

ANSWER OF S. C. JOHNSON & SON, INC.
TO COMPLAINT C09 06083 RS

1    29.    S. C. Johnson admits that it has sold the products identified in Paragraphs 102 and

2    104 of the Complaint in California.  As to each and every remaining allegation against S. C.

3    Johnson in Paragraph 29, denied.

4    30.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

5    not responsively plead to allegations directed solely at the other defendants in this case.  To the

6    extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

7    form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

8    31.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

9    not responsively plead to allegations directed solely at the other defendants in this case.  To the

10   extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

11   form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

12   32.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

13   not responsively plead to allegations directed solely at the other defendants in this case.  To the

14   extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

15   form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

16   33.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need

17   not responsively plead to allegations directed solely at the other defendants in this case.  To the

18   extent a response may be required, S. C. Johnson has no knowledge or information sufficient to

19   form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

20                              INTRADISTRICT ASSIGNMENT

21   34.    S. C. Johnson denies that a substantial portion of the events underlying this case

22   occurred in Santa Clara County.  S. C. Johnson has no knowledge or information sufficient to

23   form a belief as to the truth of the allegations of the second sentence of Paragraph 34.  The

24   remainder of Paragraph 34 consists of legal conclusions to which no answer is required.  To the

25   extent an answer is required, S. C. Johnson denies the remaining allegations of Paragraph 34.

26                          COUNT 1:  ADOBE'S FALSE MARKING

27   Paragraphs 35-49.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C.

28   Johnson need not responsively plead to allegations directed solely at the other defendants in this

1  case.  To the extent a response may be required, S. C. Johnson has no knowledge or information

2  sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore

3  denies same.

### COUNT 2:  BRITA'S FALSE MARKING

5        Paragraphs 50-54.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C.

6  Johnson need not responsively plead to allegations directed solely at the other defendants in this

7  case.  To the extent a response may be required, S. C. Johnson has no knowledge or information

8  sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore

9  denies same.

### COUNT 3:  DELTA'S FALSE MARKING

11        Paragraphs 55-60.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C.

12  Johnson need not responsively plead to allegations directed solely at the other defendants in this

13  case.  To the extent a response may be required, S. C. Johnson has no knowledge or information

14  sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore

15  denies same.

### COUNT 4:  EVANS' FALSE MARKING

17        Paragraphs 61-68.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C.

18  Johnson need not responsively plead to allegations directed solely at the other defendants in this

19  case.  To the extent a response may be required, S. C. Johnson has no knowledge or information

20  sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore

21  denies same.

### COUNT 5:  EVERCARE'S FALSE MARKING

23        Paragraphs 69-72.     Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C.

24  Johnson need not responsively plead to allegations directed solely at the other defendants in this

25  case.  To the extent a response may be required, S. C. Johnson has no knowledge or information

26  sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore

27  denies same.

28

ANSWER OF S. C. JOHNSON & SON, INC.
TO COMPLAINT C09 06083 RS

COUNT 6:  GRAPHIC PACKAGING'S FALSE MARKING

Paragraphs 73-77.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need not responsively plead to allegations directed solely at the other defendants in this case.  To the extent a response may be required, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

COUNT 7:  MAGNUM'S FALSE MARKING

Paragraphs 78-82.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need not responsively plead to allegations directed solely at the other defendants in this case.  To the extent a response may be required, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

COUNT 8:  PAVESTONE'S FALSE MARKING

Paragraphs 83-88.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need not responsively plead to allegations directed solely at the other defendants in this case.  To the extent a response may be required, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

COUNT 9:  PROCTER & GAMBLE'S FALSE MARKING

Paragraphs 89-99.    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C. Johnson need not responsively plead to allegations directed solely at the other defendants in this case.  To the extent a response may be required, S. C. Johnson has no knowledge or information sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore denies same.

COUNT 10:  S. C. JOHNSON'S FALSE MARKING

100.    S. C. Johnson incorporates by reference its answers to all above allegations.

101.    S. C. Johnson admits that it makes and sells many kinds of products, including Ziploc® bags.  S. C. Johnson states that it has made and sold shaving products such as Edge®

ANSWER OF S. C. JOHNSON & SON, INC.
TO COMPLAINT C09 06083 RS

1  shaving gel and Skintimate® shaving cream, but that it no longer makes or sells such products to

2  retail customers.  S. C. Johnson denies all remaining allegations of Paragraph 101.

3      102.    S. C. Johnson admits that labels affixed to some canisters of Edge® shaving gel

4  have been marked with "U.S. Patent Nos. D379,433; 4,703,875; and 5,858,343."  S. C. Johnson

5  admits that labels affixed to some canisters of Skintimate® shaving cream have been marked with

6  "U.S. Patent Nos. D379,433; 4,703,875; and 5,858,343."  S. C. Johnson admits that canisters of

7  Edge® shaving gel and Skintimate® shaving cream that were marked in this manner were sold in

8  retail stores in 2009.  S. C. Johnson admits that U.S. Patent No. 4,703,875 expired no later than

9  July 25, 2006.  S. C. Johnson denies all remaining allegations of Paragraph 102.

10     103.    S. C. Johnson admits that the labels affixed to at least some varieties of Edge®

11  shaving gel and Skintimate® shaving cream have also been marked "© 2007 S. C. Johnson &

12  Son, Inc."  S. C. Johnson denies all remaining allegations of Paragraph 103.

13     104.    S. C. Johnson admits that Ziploc® bags are sold in various sizes, in boxes

14  containing various quantities of bags.  S. C. Johnson admits that U.S. Patent No. 5,009,828

15  expired no later than April 24, 2008.  S. C. Johnson admits that some Ziploc® bags have been

16  marked with U.S. Patent No. 5,009,828, including in 2009.  S. C. Johnson denies all remaining

17  allegations of Paragraph 104.

18     105.    S. C. Johnson denies each and every allegation of Paragraph 105.

19          COUNT 11:  SPECTRUM'S FALSE MARKING

20     Paragraphs 106-111.  Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C.

21  Johnson need not responsively plead to allegations directed solely at the other defendants in this

22  case.  To the extent a response may be required, S. C. Johnson has no knowledge or information

23  sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore

24  denies same.

25          COUNT 12:  SUPER SWIM'S FALSE MARKING

26     Paragraphs 112-116.  Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C.

27  Johnson need not responsively plead to allegations directed solely at the other defendants in this

28  case.  To the extent a response may be required, S. C. Johnson has no knowledge or information

ANSWER OF S. C. JOHNSON & SON, INC.
TO COMPLAINT C09 06083 RS

1  sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore

2  denies same.

3                    COUNT 13:  UNILOCK'S FALSE MARKING

4       Paragraphs 117-122.   Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C.

5  Johnson need not responsively plead to allegations directed solely at the other defendants in this

6  case.  To the extent a response may be required, S. C. Johnson has no knowledge or information

7  sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore

8  denies same.

9                COUNT 14:  WEST COAST CHAIN'S FALSE MARKING

10      Paragraphs 123-129.   Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, S. C.

11  Johnson need not responsively plead to allegations directed solely at the other defendants in this

12  case.  To the extent a response may be required, S. C. Johnson has no knowledge or information

13  sufficient to form a belief as to the truth of the allegations as to any other defendant and therefore

14  denies same.

15

16                              **RELIEF**

17      Wherefore defendant S. C. Johnson denies that the plaintiff is entitled to judgment and

18  requests that the Court:

19      A.      Enter judgment on Count 10 in favor of S. C. Johnson and against the plaintiff;

20      B.      Declare that this case is exceptional and award S. C. Johnson its attorneys' fees

21              and costs; and

22      C.      Grant such other and further relief to which S. C. Johnson may be entitled.

23                            **JURY DEMAND**

24  S. C. Johnson requests a trial by jury on all issues triable by jury.

25

26

27

28

                                    ANSWER OF S. C. JOHNSON & SON, INC.
                                    TO COMPLAINT C09 06083 RS

1

2    DATED:  January 28, 2010                    **PERKINS COIE** LLP

3                                                By:  s/ *Christopher Kao*
                                                     Christopher Kao, SB # 237716
4                                                    CKao@perkinscoie.com

5                                                Attorneys for Defendant
                                                 S. C. Johnson & Son, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                ANSWER OF S. C. JOHNSON & SON, INC.
                                                TO COMPLAINT C09 06083 RS