1  Christopher Kao, Bar No. 237716
   CKao@perkinscoie.com
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA  94025-1114
   Telephone:  650.838.4300
4  Facsimile:  650.838.4350

5  Attorneys for Defendant
   S. C. Johnson & Son, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, THE BRITA PRODUCTS COMPANY, DELTA FAUCET COMPANY, EVANS MANUFACTURING INC., THE EVERCARE COMPANY, GRAPHIC PACKAGING INTERNATIONAL INC., MAGNUM RESEARCH INC., PAVESTONE COMPANY LP, THE PROCTOR & GAMBLE COMPANY, S. C. JOHNSON & SON, INC., SPECTRUM BRANDS INC., SUPER SWIM CORP., UNILOCK INC., WEST COAST CHAIN MFG. CO., <br><br> Defendants. | Case No. C09 06083 RS <br><br> **S. C. JOHNSON & SON, INC.'S FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, S. C. Johnson & Son, Inc. hereby files its Corporate Disclosure Statement.  S. C. Johnson & Son, Inc. has no parent corporations, and there is no publicly held company that owns 10% or more of S. C. Johnson & Son, Inc.'s stock.

-1-

CORPORATE DISCLOSURE STATEMENT
C09 06083 RS

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 28, 2010 | **PERKINS COIE** LLP |
| 3 | | By: s/ *Christopher Kao* |
| 4 | | Christopher Kao |
| 5 | | Attorneys for Defendant<br>S. C. Johnson & Son, Inc. |

-2-   CORPORATE DISCLOSURE STATEMENT
C09 06083 RS