Larry M. Golub (110545)
Vivian I. Orlando (213833)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
E-mail: lgolub@bargerwolen.com
vorlando@bargerwolen.com

David A. Davenport (*Pro Hac Vice To Be Filed*)
Brent A. Lorentz (*Pro Hac Vice To Be Filed*)
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: (612) 604-6400
Facsimile: (612) 604-6800
E-mail: ddavenport@winthrop.com
blorentz@winthrop.com

Attorneys for Defendant
Magnum Research Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br>Plaintiff, <br><br>vs. <br><br>ADOBE SYSTEMS INCORPORATED, THE BRITA PRODUCTS COMPANY, DELTA FAUCET COMPANY, EVANS MANUFACTURING INC., THE EVERCARE COMPANY, GRAPHIC PACKING INTERNATIONAL INC., MAGNUM RESEARCH INC., PAVESTONE COMPANY LP, THE PROCTOR & GAMBLE COMPANY, S.C. JOHNSON & SON INC., SPECTRUM BRANDS INC., SUPER SWIM CORP., UNILOCK INC., WEST COAST CHAIN MFG. CO., <br><br>Defendants. | CASE NO.: C 09 06083 RS <br>Judge: Hon. Richard Seeborg <br>Date: March 25, 2010 <br>Time: 1:30 p.m. <br>Courtroom: 3, 17th Floor (San Francisco) <br><br>**DECLARATION OF TODD SEYFERT IN SUPPORT OF DEFENDANT MAGNUM RESEARCH INC.'S** <br>**(1) MOTION TO DISMISS; AND** <br>**(2) MOTION TO SEVER AND TRANSFER VENUE TO DISTRICT OF MINNESOTA** <br><br>[Filed concurrently with (1) Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; (2) Notice of Motion and Motion to Sever and Transfer Venue; Memorandum of Points and Authorities; (3) [Proposed] Order Re Motion to Dismiss; and (4) [Proposed] Order Re Motion to Transfer] <br><br>Complaint Filed: December 30, 2009 |

c:\nrportbl\imanage\franda\4981601_1.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Declaration of Todd Seyfert in Support of Motion to Dismiss and Motion in Alternative to Sever and Transfer Venue to District of Minnesota - Case No. C 09 06083 RS

I, Todd Seyfert, declare as follows:

1.  My name is Todd Seyfert and I am the President of Magnum Research, Inc. ("Magnum"). I have personal knowledge of the facts stated herein.

2.  Magnum is a Minnesota corporation with its principle place of business and headquarters located at 7110 University Avenue N.E., Minneapolis, MN 55432. Magnum has no offices located anywhere other than Minnesota.

3.  Magnum's advertising and promotion is done by Risdall Advertising Agency, a Minnesota advertising agency located at 550 Main Street, New Brighton, Minnesota 55112. New Brighton is a suburb of Minneapolis. Magnum has worked with Risdall for 30 years and has not employed any other advertising agency during that time. Among other things, Risdall is responsible for the dissemination of Magnum's print advertisements, and operating and maintaining Magnum's website.

4.  Given Risdall's involvement in the advertisement of Magnum's products, and the allegations against Magnum in this case, I expect that individuals at Risdall will have information relevant to this case. These individuals are all located in Minnesota and include, but are not limited to:

- John Risdall, Chairman/CEO of Risdall
- Ted Risdall, President of Risdall
- Dianna Schmidt, Account Supervisor at Risdall

5.  Magnum's Operation's Manuals, including the manual for the Desert Eagle handgun, are published by Commers Printing, Inc. which is also located in Minnesota. Because the allegedly false patent marking occurred in Magnum's Operations Manual, I expect that individuals at Commers Printing will have relevant information. The individual at Commers Printing with such information would be Tom Commers, who is also located in Minnesota.

6.  To the best of my knowledge, every individual currently and formerly employed by Magnum that would have any knowledge concerning the marketing of Magnum's products and the

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-

Declaration of Todd Seyfert in Support of Motion to Dismiss and Motion in Alternative to Sever and Transfer Venue to District of Minnesota - Case No. C 09 06083 RS

patents that cover or covered Magnum's products are located in Minnesota. In addition to me, these individuals include, but are not limited to:

- Jim Skildum, Cofounder of Magnum
- John Skildum, Cofounder of Magnum
- John Risdall, Shareholder and Director of Magnum
- Doug Evans, Former President of Magnum
- Jeff Nelson, Former CFO of Magnum
- Bernard White, Engineer responsible for the original Desert Eagle Pistol
- Gene Kessler, Former engineer
- Steve Nelson, former outside patent counsel
- Gerald Helget, current outside patent counsel

7.  All documents relating to the marketing of Magnum products, including advertisements, manuals, and documents concerning the patents that cover or covered Magnum products are located in Minnesota at Magnum's headquarters. Similarly, all documents concerning Magnum's financial condition and its ability to pay any fine that might be assessed are located in Minnesota at Magnum's headquarters.

8.  To the best of my knowledge and belief, Magnum has always had minimal contact with the State of California. For instance, Magnum sells product to a limited number of wholesale distributors and independent retailers throughout the U.S., including California. Those distributors and independent retailers in turn sell Magnum products to the end consumer. Based on my review of Magnum's sales records, since 2005, only 3.43% of Magnum's Desert Eagle sales were made in California. Also, although Magnum sells and promotes its products worldwide, all decisions relating to the sale, advertising and promotion of its products originate with the officers, managers and employees located in Minnesota.

9.  Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Operator's Manual for Magnum's Desert Eagle Handguns, bearing a revision date of August, 2006. The Patent No.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

Declaration of Todd Seyfert in Support of Motion to Dismiss and Motion in Alternative to Sever and Transfer Venue to District of Minnesota - Case No. C 09 06083 RS

4,563,937 is used on the inside front cover and at page 17. As demonstrated by the document itself, Magnum distributed this document for the sole purpose of informing customers that had already purchased a Desert Eagle Handgun about proper use and safety precautions. To the best of my knowledge and belief, Magnum's Operator's Manual is the only print or online document that has ever used the '937 patent number. This belief is based on an extensive review of catalogs over the past five years, as well as conversations with Risdall personnel concerning past and present versions of Magnum's website.

10. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 4,563,937.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2010

Todd Seyfert, President
Magnum Research Inc.

498160Iv1

-3-
Declaration of Todd Seyfert in Support of Motion in Alternative to Sever and Transfer Venue to District of Minnesota - Case No. C 09 06083 RS

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800