Mark B. Mizrahi (SBN 179384)
**BROOKS KUSHMAN P.C.**
6701 Center Drive West
Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200
Fax: (310) 846-4799
mmizrahi@brookskushman.com

*Attorney for Defendant
Delta Faucet Company*

**E-Filed 02/26/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> PLAINTIFF, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, THE BRITA PRODUCTS COMPANY, DELTA FAUCET COMPANY, EVANS MANUFACTURING, INC., THE EVERCARE COMPANY, GRAPHIC PACKAGING INTERNATIONAL INC., MAGNUM RESEARCH INC., PAVESTONE COMPANY LP, THE PROCTOR & GAMBLE COMPANY, S.C. JOHNSON & SON INC., SPECTRUM BRANDS INC., SUPER SWIM CORP., UNILOCK INC., WEST COAST CHAIN MFG. CO., <br><br> DEFENDANTS. | CASE NO.: 5:09-CV-06083-RS <br><br> [PROPOSED] ORDER REGARDING WITHDRAWAL OF COUNSEL FOR DEFENDANT DELTA FAUCET COMPANY |

[PROPOSED] ORDER REGARDING WITHDRAWAL OF
COUNSEL FOR DEFENDANT DELTA FAUCET COMPANY
Case Number: 5:09-cv-06083-RS

1

**BROOKS KUSHMAN P.C.**
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200; Fax (310) 846-4799

1     In view of defendant Delta's consent to the withdrawal of Brooks Kushman as counsel for defendant in this case, the filing of appearances by new counsel filed with this Court, the fact that change of counsel will not alter the date of any event or deadline already fixed this Court order, and GOOD CAUSE appearing therefore, the Court Orders as follows:

    Brooks Kushman P.C. is withdrawn as counsel for defendant Delta in this case.

**IT IS SO ORDERED.**

Dated: 02/26/2010

By: /s/ Richard Seeborg
Hon. Richard Seeborg
United States District Court Judge

[PROPOSED] ORDER REGARDING WITHDRAWAL OF COUNSEL FOR DEFENDANT DELTA FAUCET COMPANY
Case Number: 5:09-cv-06083-RS

2

**BROOKS KUSHMAN P.C.**
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200; Fax (310) 846-4799