| | |
|---|---|
| Mark B. Mizrahi (SBN 179384)<br>**BROOKS KUSHMAN P.C.**<br>6701 Center Drive West<br>Suite 610<br>Los Angeles, CA 90045<br>Tel:  (310) 348-8200<br>Fax:  (310) 846-4799<br>mmizrahi@brookskushman.com<br><br>*Attorney for Defendant*<br>*Delta Faucet Company* | **\*E-Filed 02/26/2010\*** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC.,<br><br>    PLAINTIFF,<br><br>    v.<br><br>ADOBE SYSTEMS INCORPORATED, THE BRITA PRODUCTS COMPANY, DELTA FAUCET COMPANY, EVANS MANUFACTURING, INC., THE EVERCARE COMPANY, GRAPHIC PACKAGING INTERNATIONAL INC., MAGNUM RESEARCH INC., PAVESTONE COMPANY LP, THE PROCTOR & GAMBLE COMPANY, S.C. JOHNSON & SON INC., SPECTRUM BRANDS INC., SUPER SWIM CORP., UNILOCK INC., WEST COAST CHAIN MFG. CO.,<br><br>    DEFENDANTS. | **CASE NO.:  5:09-CV-06083-RS**<br><br>[PROPOSED] **ORDER REGARDING WITHDRAWAL OF COUNSEL FOR DEFENDANT DELTA FAUCET COMPANY** |

[PROPOSED] ORDER REGARDING WITHDRAWAL OF COUNSEL FOR DEFENDANT DELTA FAUCET COMPANY
Case Number:  5:09-cv-06083-RS

1

**BROOKS KUSHMAN P.C.**
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200; Fax (310) 846-4799

1 In view of defendant Delta's consent to the withdrawal of Brooks Kushman as counsel for
2 defendant in this case, the filing of appearances by new counsel filed with this Court, the fact that
3 change of counsel will not alter the date of any event or deadline already fixed this Court order, and
4 GOOD CAUSE appearing therefore, the Court Orders as follows:

5 Brooks Kushman P.C. is withdrawn as counsel for defendant Delta in this case.

6 **IT IS SO ORDERED.**

7
8 Dated: 02/26/2010        By: /s/ Richard Seeborg
                              Hon. Richard Seeborg
9                             United States District Court Judge

[PROPOSED] ORDER REGARDING WITHDRAWAL OF COUNSEL FOR DEFENDANT DELTA FAUCET COMPANY
Case Number: 5:09-cv-06083-RS
2
BROOKS KUSHMAN P.C.
6701 Center Drive, Suite 610
Los Angeles, CA 90045
Tel: (310) 348-8200; Fax (310) 846-4799