ROBERT E. CAMORS JR., CA BAR NO. 121204
BOBCAMORS@FOLEY.COM
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE:    650-856-3700
FACSIMILE:    650-856-3710

KIMBERLY K. DODD, CA BAR NO. 235109
KDODD@FOLEY.COM
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:    414.271.2400
FACSIMILE:    414.297.4900

ALLEN A. ARNTSEN (ADMITTED *PRO HAC VICE*)
AARNTSEN@FOLEY.COM
JUSTIN E. GRAY (ADMITTED *PRO HACE VICE*)
JEGRAY@FOLEY.COM
**FOLEY & LARNDER LLP**
ATTORNEYS AT LAW
150 EAST GILMAN STREET
MADISON, WI 53701-01497
TELEPHONE:    608.257.5035
FACSIMILE:    608.258.4258

ATTORNEYS FOR DEFENDANT DELTA FAUCET COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, THE BRITA PRODUCTS COMPANY, DELTA FAUCET COMPANY, EVANS MANUFACTURING INC., THE EVERCARE COMPANY, GRAPHIC PACKAGING INTERNATIONAL INC., MAGNUM RESEARCH INC., PAVESTONE COMPANY LP, THE PROCTOR & GAMBLE COMPANY, S.C. JOHNSON & SON INC., SPECTRUM BRANDS INC., SUPER SWIM CORP., UNILOCK INC., WEST COAST CHAIN MFG. CO., <br><br> Defendants. | Case No: 5:09-cv-06083-RS <br><br> Judge: Hon. Richard Seeborg <br> Date: April 8, 2010 <br> Time: 1:30 p.m. <br> Courtroom: 3, 17th Floor (San Francisco) <br><br> **DEFENDANT DELTA FAUCET COMPANY'S NOTICE OF MOTION AND JOINDER IN MOTION TO STAY FILED BY CO-DEFENDANT THE PROCTOR & GAMBLE COMPANY** <br><br> Complaint Filed: December 30, 2009 |

DEFENDANT DELTA FAUCET COMPANY'S NOTICE OF MOTION AND JOINDER IN MOTION TO
STAY FILED BY CO-DEFENDANT THE PROCTOR & GAMBLE COMPANY
CASE NO. 5:09-CV-06083 RS (HRL)

MADI_2196844.1

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on April 8, 2010 at 1:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable Judge Richard Seeborg, at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Delta Faucet Company ("Delta"), by and through its counsel of record, will move the Court to stay all proceedings in this case until the Federal Circuit issues a decision on the merits in *Stauffer v. Brooks Bros.*, Appeal Nos. 2009-1428, 2009-1430, 2009-1453, which present the exact issue that has been put before this Court in two motions to dismiss for lack of subject matter jurisdiction.  To that end, Delta hereby joins in Defendant The Proctor & Gamble Company's March 1, 2010 Notice of Motion and Motion to Stay and incorporates the contents of that notice of motion and motion to stay herein by reference.  This Motion is based on the Memorandum of Points and Authorities herein, the pleadings and papers on file in this action, such matters as the Court may take judicial notice, and argument and evidence to be presented at the hearing on this Motion.

## CONCISE STATEMENT OF RELIEF SOUGHT

While Delta does join in the motion to stay, it respectfully requests that the Court first resolve Delta's pending motion to sever and transfer to the Southern District of Indiana.  In the event that the Court addresses the pending motions in a different order, Delta seeks a stay of all proceedings in this case until the Federal Circuit issues a ruling in *Stauffer*.

## MEMORANDUM OF POINTS AND AUTHORITIES

Delta hereby joins in Defendant The Proctor & Gamble Company's March 1, 2010 Notice of Motion and Motion to Stay and requests the Court stay this case until the Federal Circuit issues a decision on the merits in *Stauffer v. Brooks Bros.* for the reasons set forth

2
DEFENDANT DELTA FAUCET COMPANY'S NOTICE OF MOTION AND JOINDER IN MOTION TO STAY FILED BY CO-DEFENDANT THE PROCTOR & GAMBLE COMPANY
CASE NO. 5:09-CV-06083 RS (HRL)

MADI_2196844.1

therein.  Delta incorporates the contents of The Proctor & Gamble's Company's Notice of Motion and Motion to Stay herein by reference.[1]

Dated:  March 1, 2010 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP

　　　　　　　　　　　　　　　　　　　　　　BY:  /s/ Justin E. Gray_____
　　　　　　　　　　　　　　　　　　　　　　　Allen A. Arntsen
　　　　　　　　　　　　　　　　　　　　　　　Robert E. Camors, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Kimberly K. Dodd
　　　　　　　　　　　　　　　　　　　　　　　Justin E. Gray
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Delta Faucet Company

---

[1] Further, Delta brings to the Court's attention that there is another appeal currently pending before the Federal Circuit, *Pequignot v. Solo Cup Co.*, Appeal No. 2009-1547, which concerns a false marking claim under 35 U.S.C. § 292  The decision in *Pequignot* is likely to be issued this year and may also inform the court as to issues raised in this action.

3
DEFENDANT DELTA FAUCET COMPANY'S NOTICE OF MOTION AND JOINDER IN MOTION TO STAY FILED BY CO-DEFENDANT THE PROCTOR & GAMBLE COMPANY
CASE NO. 5:09-CV-06083 RS (HRL)

MADI_2196844.1