| | |
|---|---|
| 1 | ROBERT E. CAMORS JR., CA BAR NO. 121204<br>BOBCAMORS@FOLEY.COM |
| 2 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW<br>975 PAGE MILL ROAD |
| 3 | PALO ALTO, CA 94304-1013<br>TELEPHONE:    650-856-3700 |
| 4 | FACSIMILE:    650-856-3710 |
| 5 | KIMBERLY K. DODD, CA BAR NO. 235109<br>KDODD@FOLEY.COM<br>**FOLEY & LARDNER LLP** |
| 6 | ATTORNEYS AT LAW<br>777 EAST WISCONSIN AVENUE |
| 7 | MILWAUKEE, WI 53202-5306<br>TELEPHONE:    414.271.2400<br>FACSIMILE:    414.297.4900 |
| 8 | ALLEN A. ARNTSEN (ADMITTED *PRO HAC VICE*)<br>AARNTSEN@FOLEY.COM |
| 9 | JUSTIN E. GRAY (ADMITTED *PRO HACE VICE*)<br>JEGRAY@FOLEY.COM<br>**FOLEY & LARNDER LLP** |
| 10 | ATTORNEYS AT LAW<br>150 EAST GILMAN STREET |
| 11 | MADISON, WI 53701-01497<br>TELEPHONE:    608.257.5035<br>FACSIMILE:    608.258.4258 |
| 12 | ATTORNEYS FOR DEFENDANT SPECTRUM BRANDS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | Case No: 5:09-cv-06083-RS |
| Plaintiff, | Judge: Hon. Richard Seeborg<br>Date: April 8, 2010 |
| v. | Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor (San Francisco) |
| ADOBE SYSTEMS INCORPORATED, THE BRITA PRODUCTS COMPANY, DELTA FAUCET COMPANY, EVANS MANUFACTURING INC., THE EVERCARE COMPANY, GRAPHIC PACKAGING INTERNATIONAL INC., MAGNUM RESEARCH INC., PAVESTONE COMPANY LP, THE PROCTOR & GAMBLE COMPANY, S.C. JOHNSON & SON INC., SPECTRUM BRANDS INC., SUPER SWIM CORP., UNILOCK INC., WEST COAST CHAIN MFG. CO., | **DEFENDANT SPECTRUM BRANDS, INC.'S NOTICE OF MOTION AND JOINDER IN MOTION TO STAY FILED BY CO-DEFENDANT THE PROCTOR & GAMBLE COMPANY**<br><br>Complaint Filed: December 30, 2009 |
| Defendants. | |

DEFENDANT SPECTRUM BRANDS, INC.'S NOTICE OF MOTION AND NOTICE OF JOINDER IN MOTION
TO STAY FILED BY CO-DEFENDANT THE PROCTOR & GAMBLE COMPANY
CASE NO. 5:09-CV-06083 RS (HRL)

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on April 8, 2010 at 1:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable Judge Richard Seeborg, at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Spectrum Brands, Inc. ("Spectrum"), by and through its counsel of record, will move the Court to stay all proceedings in this case until the Federal Circuit issues a decision on the merits in *Stauffer v. Brooks Bros.*, Appeal Nos. 2009-1428, 2009-1430, 2009-1453, which present the exact issue that has been put before this Court in two motions to dismiss for lack of subject matter jurisdiction. To that end, Spectrum hereby joins in Defendant The Proctor & Gamble Company's March 1, 2010 Notice of Motion and Motion to Stay and incorporates the contents of that notice of motion and motion to stay herein by reference. This Motion is based on the Memorandum of Points and Authorities herein, the pleadings and papers on file in this action, such matters as the Court may take judicial notice, and argument and evidence to be presented at the hearing on this Motion.

## CONCISE STATEMENT OF RELIEF SOUGHT

Spectrum seeks a stay of all proceedings in this case until the Federal Circuit issues a ruling in *Stauffer*.

## MEMORANDUM OF POINTS AND AUTHORITIES

Spectrum hereby joins in Defendant The Proctor & Gamble Company's March 1, 2010 Notice of Motion and Motion to Stay and requests the Court stay this case until the Federal Circuit issues a decision on the merits in *Stauffer v. Brooks Bros.* for the reasons set forth therein. Spectrum incorporates the contents of The Proctor & Gamble's Company's Notice of Motion and Motion to Stay herein by reference.[1]

---

[1] Further, Spectrum brings to the Court's attention that there is another appeal currently pending before the Federal Circuit, *Pequignot v. Solo Cup Co.*, Appeal No. 2009-1547, which concerns a false marking claim under 35 U.S.C. § 292 The decision in *Pequignot* is likely to be issued this year and may also inform the court as to issues raised in this action.

2
DEFENDANT SPECTRUM BRANDS, INC.'S NOTICE OF MOTION AND NOTICE OF JOINDER IN MOTION
TO STAY FILED BY CO-DEFENDANT THE PROCTOR & GAMBLE COMPANY
CASE NO. 5:09-CV-06083 RS (HRL)

MADI_2196208.1

Dated: March 1, 2010

Respectfully submitted,

FOLEY & LARDNER LLP

BY: /s/ Justin E. Gray
  Allen A. Arntsen
  Robert E. Camors, Jr.
  Kimberly K. Dodd
  Justin E. Gray
  Attorneys for Defendant
  Spectrum Brands, Inc.

3
DEFENDANT SPECTRUM BRANDS, INC.'S NOTICE OF MOTION AND NOTICE OF JOINDER IN MOTION TO STAY FILED BY CO-DEFENDANT THE PROCTOR & GAMBLE COMPANY
CASE NO. 5:09-CV-06083 RS (HRL)

MADI_2196208.1