William M. Ragland, Jr.
(Ga. State Bar No. 591888)
WOMBLE CARLYLE SANDRIDGE
 & RICE PLLC
271 17TH Street, NW
Suite 2400
Atlanta, GA 30363-1017
Tel:  404.888.7466
Fax:  404.870.2401
wragland@wcsr.com

*Counsel for Defendant*
*Graphic Packaging International, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| San Francisco Technology, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Adobe Systems Incorporated, The Brita Products Company, Delta Faucet Company, Evans Manufacturing, Inc., The Evercare Company, Graphic Packaging International, Inc., Magnum Research Inc., Pavestone Company LP, The Proctor & Gamble Company, S.C. Johnson & Son Inc., Spectrum Brands Inc., Super Swim Corp., Unilocking, West Coast Chain Mfg. Co.,<br><br>    Defendants. | CASE NO:  5:09-cv-06083-RS-HRL<br><br>**DECLARATION OF BARRY BIDDLE IN SUPPORT OF DEFENDANT GRAPHIC PACKAGING INTERNATIONAL, INC.'S (1) MOTION TO DISMISS; (2) MOTION TO SEVER AND TRANSFER VENUE TO THE NORTHERN DISTRICT OF GEORGIA**<br><br>[Filed concurrently with (1) Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; (2) Notice of Motion and Motion to Sever and Transfer Venue to the Northern District of Georgia; (3) and [Proposed] Order Re Motion to Dismiss; and (4) [Proposed] Order Re Motion to Transfer]<br><br>Complaint Filed:  December 30, 2009<br><br>Judge:  Hon. Richard Seeborg<br>Date:     April 8, 2010<br>Time:    1:30 p.m.<br>Courtroom: Courtroom 3, 17th Floor |

I, Barry D. Biddle, declare as follows:

1. My name is Barry D. Biddle and I am an in-house attorney employed by Graphic Packaging International, Inc. ("GPI") in Marietta, Georgia. I have personal knowledge of the facts stated herein.

2. GPI designs and manufactures packaging products. GPI is a global supplier of consumer folding cartons, beverage packaging, bags, labels, active microwave packaging, and flexible and specialty packaging. GPI also offers a range of paperboard grades, high performance packaging machinery, and services.

3. GPI has six product categories: Packaging; Paperboard; Laminations & Coatings; Systems & Machinery; Beverage Machinery; and Contract Packaging.

4. Under the umbrella of Packaging, GPI's offerings include the following categories: Beverage Packaging; Consumer Packaging; Bags; Barrier Packaging; Labels; Strength Packaging; Active Microwave Packaging; and Flexible Plastic Packaging.

5. Beverage Packaging includes packaging for beer, carbonated beverages, and non-carbonated beverages. Each such group includes a variety of packaging products, from six-pack basket carriers for bottles to fully enclosed cartons for large multi-packs of cans. Twin Stack® is a product offered under the Beverage Packaging category.

6. GPI is a Delaware corporation with its headquarters and principal place of business located at 814 Livingston Court, Marietta, GA 30067.

7. Approximately 250 employees work in GPI's headquarters in Marietta, Georgia. Included among these employees are David Scheible, President and CEO of GPI, Michael Schmal, Senior Vice President, Beverage, Tod Hoyme, Director of Sales for North American Soft Drink, and myself. The law department is located at GPI's headquarters at 814 Livingston Court, Marietta, GA 30067.

8. GPI has a Beverage Manufacturing Plant located in Perry, Georgia. Beverage Packaging products, including all Twin Stack® products, are manufactured at the Plant facility in Perry, Georgia. Donald Deakin is the Plant Manager of the Perry, Georgia facility.

9. GPI's headquarters oversees and manages all of the GPI facilities and locations world-wide. All operations are ultimately managed from the Georgia headquarters.

10. All decisions regarding United States beverage product packaging design are made in GPI's headquarters. Decisions relating to the sale and promotion of products are made from GPI's headquarters. Any decisions regarding patent marking are made in the Georgia headquarters.

11. To the best of my knowledge and belief, most, if not all, documents and relevant witnesses relating to any decision to mark Beverage Packaging Products (including Twin Stack® products) with patent numbers are located in Georgia. There are no relevant GPI witnesses or documents in California.

12. To the best of my knowledge and belief, most all GPI documents relating to the marketing and design of the Twin Stack® products are located in Georgia. The only

-3-

DECLARATION OF BARRY D. BIDDLE IN SUPPORT OF
DEFENDANT GRAPHIC PACKAGING INTERNATIONAL, INC.
CASE NO: C 09-06083-RS-HRL

other location that might have documents and other information relevant to the allegations against GPI in this case is in Concord, New Hampshire, where GPI's Graphics Department is located.  This facility provides graphics for the Twin Stack® product.

13. GPI's Beverage Packaging group does not have any facilities in California.  None of the GPI witnesses or documents relevant to this case is located in California.

14. GPI has three facilities located in California: (1) a regional Consumer Packaging converting facility located in Irvine, California; (2) a regional Consumer Packaging converting facility located in Santa Clara, California; and (3) a CRB paper mill located in Santa Clara, California.  None of these facilities design, manufacture, sell or distribute Twin Stack® products or any GPI Beverage Packaging products.

15. Attached as Exhibit A is the entry found for San Francisco Technology, Inc at the website for the Delaware Secretary of State, http://corp.delaware.gov/.

16. Attached as Exhibit B is the entry found for San Francisco Technology, Inc at the website for the California Secretary of State "Business Search," http://kepler.sos.ca.gov/.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 26, 2010

                                                                                                       _____
Barry D. Biddle
Graphic Packaging International, Inc.

# EXHIBIT A

# EXHIBIT B