ORIGINAL

RECEIVED
2010 MAR -4 A 10:17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Technology, Inc.

Plaintiff,

vs.

Adobe Systems, Incorporated, et al.

Defendant(s).

Civil Case No. C:09cv06083 RS

[PRPOSED]
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Robert E. Browne, whose business address and telephone number is:

Neal, Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, Illinois 60602
312-269-5225

and who is an active member in good standing of the bar of the U.S. District Court of Illinois, having applied in the above-enlisted action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Unilock, Inc.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
Honorable Judge
Richard Seeborg

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

CASE NO. C:09-CV-06083 RS