*E-Filed 7/13/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Technology, Inc.,　　　　　　　　No. C 09-06083 RS

　　　　　Plaintiffs,　　　　　　　　　　　　**STANDBY ORDER TO SHOW CAUSE**
　　v.

Adobe Systems Inc.,

　　　　　Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 15, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 22, 2011, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 7/13/11

　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE